IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA, et al.,

        Plaintiffs,

  v.

TEVIS IGNACIO,

        Defendant.

                    /

No. C 12-2673

**ORDER DISMISSING DEFENDANT'S MOTIONS**

On August 22, 2012, the Court remanded this action to Santa Clara County Superior Court. Dkt. 26. This action, which arose out of a state court child support matter, was remanded once before. *See Connie Mardesich v. Tevis Ignacio*, Case No. 12-867 EJD, Dkts. 1, 15. Since the remand order, defendant Tevis Ignacio has filed several motions with this Court seeking to quash the remand order, to appoint counsel, and a "motion for a fair hearing." Dkt. 31 at 1; *see also* Dkt. 34.

This action has been remanded, and is no longer pending in this court. Defendant's filings continue to lack any facts or allegations that would vest this Court with jurisdiction. The pending motions are dismissed. Defendant Ignacio[1] is notified that this Court **will not consider** any further motions in this case; such motions must be directed to the court in which the action is pending.

**IT IS SO ORDERED.**

Dated: May 16, 2013

SUSAN ILLSTON
United States District Judge

---

[1] In his pleadings, defendant sometimes refers to himself as "Robin Hood" and "John Jacob Jingleheimer Schmidt."